Filed 8/28/2015 9:24:50 AM
Terri Pirtle Willard
District Clerk
Rusk County, Texas

Laurey Martin

No. 2014-362

| | | |
|---|---|---|
| VELVIN OIL COMPANY, INC, | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| v. | § | RUSK COUNTY, TEXAS |
| | § | |
| A.J.P. OIL COMPANY, LLC | § | |
| d/b/a/ GRAPELAND FUEL & BBQ | § | |
| and ANDREW J. PATTON, | § | 4th JUDICIAL DISTRICT |
| Defendants | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/2/2015 4:40:54 PM
DEBBIE AUTREY
Clerk

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/3/2015 9:04:00 AM
DEBBIE AUTREY
Clerk

<u>NOTICE OF APPEAL</u>

TO THE HONORABLE COURT:

A.J.P. Oil Company, LLC d/b/a Grapeland Fuel & BBQ, and Andrew J. Patton, Defendants, give notice of their intent to appeal the trial court's Judgment rendered on June 4, 2015, in Cause No. 2014-362 entitled Velvin Oil Company, Inc. vs. A.J.P. Oil Company, LLC d/b/a Grapeland Fuel & BBQ, and Andrew J. Patton, in the 4th Judicial District of Rusk County, Texas.

This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas. This is not a parental termination or child protection case as defined in Appellate Rule 28.4.

Respectfully submitted,

_/s/ Jaclyn D. Patton_____
JACLYN D. PATTON
TX Bar No. 24085521
639 Heights Boulevard
Houston, Texas 77007
PH: (713) 730-9446
FX: (713) 583-4180
jaclyn@txestateplanning.com

WILLIAM R. PEMBERTON  
William R. Pemberton, P.C.  
P. O. BOX 1112  
Crockett, Texas 75835  

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served upon the following counsel of record by electronic service and electronic mail on August 28, 2015.


_/s/_ Jaclyn D. Patton_____
JACLYN D. PATTON




Mr. Ronnie Horsley
P.O. Box 7017
Tyler, Texas 75711
Via Email: horsleylaw@tyler.net